The Honorable Ricardo S. Martinez

BUCKNELL SATO LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| JOHN HOEDEMAKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KHAN K. HARDMANN (also known as KHAN K. GOURA), an individual,<br><br>Defendant. | No. 19-cv-01462-RSM<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT KHAN K. HARDMANN (a/k/a KHAN K. GOURA)** |

THIS MATTER came before the court on plaintiff's Motion for Entry of Default Judgment Against Defendant Khan K. Hardmann (a/k/a Khan K. Goura) in the amount of $301,332. A hearing was held on plaintiff's motion on March 17, 2020. No appearance was made by defendant in person or through an attorney.

The court considered the pleadings filed in this action, the Declaration of Thomas N. Bucknell, plaintiff's counsel in support of the entry of default judgment, including the attachments thereto and the attached promissory note, and the proof of service on file. Based on the argument of counsel, the pleadings and files herein, the court finds that the amount of $301,332, is a sum certain,

Default Judgment Against Defendant
Khan K. Hardmann (a/k/a Khan K. Goura) - 1

BUCKNELL SATO LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

C:\Users\LowellWilliams\Desktop\Hoedemaker C19-1462 default-jgmt.doc

and that defendant has previously been declared in default by the court's order of October 25, 2019.

Based on the above findings, judgment is entered as follows:

    1.    Plaintiff, John Hoedemaker, is awarded the judgment against the defendant Khan K. Hardmann (a/k/a Khan K. Goura) in the amount of:

| | |
|---|---|
| Principal number: | $282,500 USD |
| Pre-judgment interest: | $18,832 |
| Total Judgment Amount: | $301,332 USD |

    2.    The judgment shall bear interest as provided in 28 U.S.C. 1961.

DATED this 5th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BUCKNELL SATO LLP

   /s/ Thomas N. Bucknell
Thomas N. Bucknell, WSBA 1587
Edwin K. Sato, WSBA #13633
of Attorneys for Plaintiff

Default Judgment Against Defendant
Khan K. Hardmann (a/k/a Khan K. Goura) - 2

BUCKNELL SATO LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

C:\Users\LowellWilliams\Desktop\Hoedemaker C19-1462 default-jgmt.doc